Filed 8/20/20  P. v. Roberson CA4/1
# NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## COURT OF APPEAL, FOURTH APPELLATE DISTRICT

## DIVISION ONE

## STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D077129 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCN381361) |
| MICHAEL ROBERSON, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, Robert J. Kearney, Judge.  Affirmed.

Patrick Dudley, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In March 2018, Michael Roberson pleaded guilty to corporal injury on a significant other (Pen. Code,[1] § 273.5, subd. (a)) and admitted he personally inflicted great bodily injury (§ 12022.7, subd. (e)); he also pleaded guilty to

---

[1]     All further statutory references are to the Penal Code.

battery with serious bodily injury (§ 243, subd. (d)) and admitted the allegation under section 1192.7, subdivision (c)(8).

The court granted Roberson probation on various terms and conditions. On June 29, 2019, Roberson admitted he violated the terms of his probation. The court imposed, but suspended execution of a six-year prison term. Roberson was readmitted to probation.

In December 2019, the court held an evidentiary hearing on the second allegation of violation of probation. At the conclusion of the evidence, the court found Roberson violated the terms of his probation and revoked probation. The court later lifted the stay of the six year prison sentence and committed Roberson to prison.

Roberson filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating he has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to review the record for error. We offered Roberson the opportunity to file his own brief on appeal, but he has not responded.

## STATEMENT OF FACTS

We take the facts from the transcript of the December 2019 revocation proceeding.

In September 2019, Roberson was stopped by an Oceanside Police Officer. A search during the stop produced a push button knife and a plastic baggie containing methamphetamine. The officer also found a "broken meth pipe".

Roberson testified he had recently found the knife and baggie lying on the ground. He picked them up but didn't know the knife was unlawful or that the baggie contained a controlled substance.

2

DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks this court to review the record for error as mandated by *Wende*. To assist the court in its review of the record, and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified a possible issue that was considered in evaluating the potential merits of the appeal: Whether the court abused its discretion in formally revoking Roberson's probation and executing the previously stayed six-year term.

We have reviewed the entire record for error as mandated by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Roberson on appeal.

DISPOSITION

The judgment is affirmed.


HUFFMAN, J.

WE CONCUR:



BENKE, Acting P. J.



O'ROURKE, J.


3